# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BADIA BAYYINAH SHEPHARD,<br>    Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br>    Defendants. | Case No. 2:25-cv-01885-APG-NJK<br>**Order**<br>[Docket No. 35] |

Pending before the Court is Plaintiff's proposed discovery plan and scheduling order, submitted without the agreement of Defendant. Docket No. 35.

The discovery process is meant to be a cooperative endeavor, *see Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015), and is subject to an overriding limitation of good faith, *Asea, Inc. v. S. Pac. Transp. Co.*, 669 F.2d 1242, 1246 (9th Cir. 1981). Those same requirements apply to the creation and submission of a joint discovery plan. *See* Local Rule 26-1(a). Parties are expected to comply with the Local Rules and **cooperate** with one another to create and submit a joint discovery plan and scheduling order. The instant filing does not adhere to the requirement that the discovery plan be filed jointly. Docket No. 35.

The instant filing also fails to comply with Local Rule IA 10-1(a)(1) because the lines of text are not consecutively numbered beginning with 1 on the left margin of each page with no more than 28 lines per page. Additionally, the filing inappropriately includes discovery papers. *See* Local Rule 26-7.

Accordingly, the instant filing is **DENIED** without prejudice. Docket No. 35. The parties are **ORDERED** to submit a joint proposed discovery plan and scheduling order by December 27,

2025. *See* Docket No. 15. The parties are **ORDERED** to adhere to the Federal Rules of Civil Procedure and the Local Rules in all filings with the Court.

IT IS SO ORDERED.

Dated: December 17, 2025

Nancy J. Koppe
United States Magistrate Judge