1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BADIA BAYYINAH SHEPHARD,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A.; and DOES 1-10 and ROE ENTITIES 1-10; inclusive,

        Defendants.

Case No.: 2:25-cv-01885-APG-NJK

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY**

**[FIRST REQUEST]**

Plaintiff in Proper Person, Badia Bayyinah Shephard ("Ms. Shephard") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") hereby stipulate and agree to modestly extend Wells Fargo's deadline to file its reply in support of its Motion to Stay Discovery from the current deadline of December 30, 2025 to January 6, 2026 based on the following:

    1.    Wells Fargo filed its Motion to Stay Discovery [ECF No. 38] on December 22, 2025.

    2.    Ms. Shephard's Opposition [ECF No. 41] appears to have been received by the Court Clerk for filing on December 23, 2025, but the Opposition did not appear on the docket, nor was Notice of Electronic Filing sent to the undersigned counsel, until December 29, 2025.

    3.    With the filing date deemed to be December 23, 2025, Wells Fargo's reply is due for filing on December 30, 2025 – one day after Notice of Electronic Filing of the Opposition was made.

1    **NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties

2    agree as follows:

3    1.      The Parties stipulate and agree to modestly extend the deadline for Wells Fargo to

4    file its Reply in Support of the Motion to Stay Discovery, up to and including **January 6, 2026**, to

5    allow Wells Fargo sufficient time to complete the Reply and to allow for client review.

6    2.      This extension request is sought in good faith and is not made for the purpose of

7    delay.

8       **IT IS SO STIPULATED.**

   Dated: December 30, 2025.                    Dated: December 30, 2025.

9

10   SNELL & WILMER L.L.P.

11   By: */s/ Jennifer B. Lustig*                By: */s/"Please See Attached Email"*
        Kelly H. Dove (NV Bar No. 10569)              Badia Bayyinah Shephard

12      Jennifer B. Lustig (NV Bar No. 9110)          455 E. Pebble Road
        1700 South Pavilion Center Dr., Ste. 700      Unit 230301

13      Las Vegas, NV 89135                           Las Vegas, Nevada 89105

14   *Attorneys for Defendant Wells Fargo Bank, N.A.*    *Plaintiff in Proper Person*

15                              **ORDER**

16      Good cause appearing, the foregoing stipulation is GRANTED.  Wells Fargo shall have

17   through and until January 6, 2026 to file its Reply in Support of its Motion to Stay Discovery.

18   **IT IS SO ORDERED**

19   Dated: December 30, 2025

20

21

22   _____
     United States Magistrate Judge

23   Nancy J. Koppe

24

25

26

27

28

4905-5743-4501