**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BADIA BAYYINAH SHEPHARD,<br>Plaintiff,<br>vs.<br>WELLS FARGO BANK, N.A.; and DOES 1-10 and ROE ENTITIES 1-10; inclusive,<br>Defendants. | Case No.: 2:25-cv-01885-APG-NJK<br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 51]**<br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel of record, respectfully requests that the Court extend Wells Fargo's deadline to respond to Plaintiff's First Amended Complaint for Damages and Injunctive Relief ("FAC") (ECF No. 6) from the current deadline, July 24, 2026, until August 14, 2026. This is the first request for an extension of time to respond to the Amended Complaint.

This Motion is supported by the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and any oral argument the Court may entertain.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On June 23, 2026, this Court entered an Order (1) Granting Wells Fargo's Motion to Dismiss, (2) Denying Badia Bayyinah Shephard's ("Plaintiff") Motion for Injunctive Relief, (3) Denying Plaintiff's Motion for an Order to Show Cause, and (4) Granting Plaintiff Leave to Amend in Part. [ECF No. 47.] Pursuant to the Order, Plaintiff's deadline to file an amended complaint was July 15, 2026. *Id.*

On July 10, 2026, Plaintiff filed the FAC as well as an improper notice of appeal. [ECF No. 51.] Since that time, lead counsel of record for Wells Fargo has had extensive time commitments that necessitate the need for additional time to prepare and file a response to the FAC, to include immovable business and vacation travel, including a long-planned international trip from July 9 to July 21.

On July 23, 2026, the undersigned counsel contacted Plaintiff to request her consent to extend the deadline for Wells Fargo to respond to the FAC. Plaintiff declined to stipulate to any extension for Wells Fargo to respond to the FAC, necessitating the filing of this Motion.

Wells Fargo moves for an extension of 21 days from the current deadline, up to and including August 14, 2026, to file its response to the FAC. This is the first request for an extension to respond to the FAC, and is not intended to cause any delay or prejudice to any party. Rather, Wells Fargo requests this extension to allow sufficient time to evaluate and analyze the FAC and prepare a meaningful response to the FAC.

Dated: July 23, 2026

SNELL & WILMER L.L.P.

By: */s/ Jennifer B. Lustig*
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**
Dated: July 27, 2026

Nancy J. Koppe
United States Magistrate Judge