**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BADIA BAYYINAH SHEPHARD,

Plaintiff

v.

WELLS FARGO BANK, N.A.,

Defendant

Case No.: 2:25-cv-01885-APG-NJK

**Order Granting Unopposed Motion to Dismiss and Closing Case**

[ECF No. 55]

Plaintiff Badia Bayyinah Shephard sued defendant Wells Fargo Bank, N.A. on a variety of claims. ECF No. 1. I previously granted Wells Fargo's motion to dismiss bond claims with prejudice. ECF No. 47 at 4-6. I dismissed Shephard's harassment and misuse of address claim with leave to amend. *Id.* at 6. Shephard appealed my dismissal order, but the Ninth Circuit dismissed the appeal as frivolous. ECF No. 57.

The same day she filed the notice of appeal, Shephard filed an amended complaint asserting claims for violation of the Telephone Consumer Protection Act and invasion of privacy. ECF No. 51. Wells Fargo moved to dismiss those two claims with prejudice. ECF No. 55. Shephard did not respond. I therefore grant the motion as unopposed and close this case. LR 7-2(d).

I THEREFORE ORDER that defendant Wells Fargo Bank, N.A.'s motion to dismiss **(ECF No. 55) is GRANTED**. The clerk of court is instructed to enter judgment in favor of defendant Wells Fargo Bank, N.A. and against plaintiff Badia Bayyinah Shephard, and to close this case.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE